433 A.2d 131

Enders v. Enders, Appellant.

Argued March 4, 1980.
Allen H. Smith, for appellant; Daniel Wolfson, for appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

We affirm the order of the lower court.

433 A.2d 131

Evergreen Lake Inc., Appellant v. First Valley Bank
et al.

Argued December 6, 1979. Mark A. Hutchinson, for appellant; Gailey C. Keller, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Decree affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.